IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, | § § § | |
| Plaintiff, | § § | |
| and | § § | |
| BAYLOR HEALTH CARE SYSTEM, ET AL., | § § § | |
| Plaintiff-Intervenors, | § § | |
| v. | § § | Action No. 3:19-CV-02857-E |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER STAYING CASE

The Court **stays** this case pending rulings on the parties' motions for summary judgment.

**SO ORDERED**; signed August 9, 2021.

_Ada Brown_
Ada Brown
UNITED STATES DISTRICT JUDGE